# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WAGNER, et al., | NO. ED CV 08-0342 ODW (FMO) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| GARY PENROD, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 22, 2009.

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE